**Shapiro, Van Ess & Sherman, LLP**
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602)222-5711
(602)222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Nationstar Mortgage LLC
[FILE 14-020721 CXE]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

JODY MARIE GNANT,

Debtor.

Case # 2:13-bk-03597-EPB

Chapter 13

**NOTICE OF APPEARANCE**
and Request for Notice

Notice is hereby given that the law firm of Shapiro, Van Ess & Sherman, LLP makes an appearance as the attorneys of record for Nationstar Mortgage LLC. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

| | |
|---|---|
| File 14-020721 CXE | Nationstar Mortgage LLC |
| Shapiro, Van Ess & Sherman, LLP | 350 Highland Dr. |
| 3636 N. Central Ave., Suite #400 | Lewisville, Texas 75067 |
| Phoenix, AZ 85012 | |

DATED this \_\_ day of March, 2014.

Shapiro, Van Ess & Sherman, LLP

_____
Jason P. Sherman
Lydia R. Tulin
Attorney for Nationstar Mortgage LLC

Original filed this \_\_ day
of March, 2014 with:

Notice of Appearance          Page 1          Case # 2:13-bk-03597-EPB

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this ___ day of March, 2014 to:

Chapter 13 Trustee:
Russell Brown
3838 NORTH CENTRAL AVENUE
SUITE 800
Phoenix, AZ 85012

Attorney for Debtor:
Lyndon B. Steimel
LAW OFFICE OF LYNDON B. STEIMEL
14614 N. Kierland Blvd., Ste N135
Scottsdale, AZ 85254

Debtor:
Jody Marie Gnant
922 N. 6th Street
Phoenix, AZ 85004

By _____