IT IS HEREBY ADJUDGED and
DECREED this is DENIED as MOOT

Dated: April 23, 2014

Eddward P. Ballinger Jr., Bankruptcy Judge

1  Shapiro, Van Ess & Sherman, LLP
   3636 N. Central Ave., Suite #400
2  Phoenix, AZ 85012
   (602)222-5711
3  (602)222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Jason P. Sherman, Bar # 019999
5  Lydia R. Tulin, Bar #027093
   Attorney for Nationstar Mortgage LLC
6  [FILE 14-020721 CXE]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case # 2:13-bk-03597-EPB |
|---|---|
| JODY MARIE GNANT, | Chapter 13 |
| Debtor. | |
| NATIONSTAR MORTGAGE LLC, its assigns and / or successors-in-interest, Movant, | **ORDER LIFTING THE AUTOMATIC STAY** |
| v. | Re: Real Property located at 922 North 6th Street Phoenix, AZ 85004 |
| JODY MARIE GNANT, Russell Brown, Trustee, Respondents. | |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Nationstar Mortgage LLC, ("NATIONSTAR"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. NATIONSTAR, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 922 North 6th Street, Phoenix, AZ 85004 and legally described as:

| | |
|---|---|
| 1 | LOT 7, BLOCK 36, CHURCHILL ADDITION, ACCORDING TO THE PLAT |
| 2 | RECORDED IN BOOK 2 OF MAPS, PAGE 69, RECORDS OF MARICOPA |
| 3 | COUNTY, ARIZONA |

2. Unless and until otherwise ordered, the Automatic Stay imposed against NATIONSTAR shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

3. Pursuant to L.R. 2084-23, that the Chapter 13 trustee shall cease making payments on NATIONSTAR's secured claim. NATIONSTAR is further released of its obligations under Rule 3002.1 of the Federal Rules of Bankruptcy Procedure to file supplements to its proof of claim.

DATED AND SIGNED ABOVE